**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
Judge William J. Martínez

Criminal Case No. 14-cr-00362-WJM

UNITED STATES OF AMERICA,

Plaintiff,

v.

4. JEREMY EDWARD WORTMAN,

Defendant.

---

## ORDER

---

PURSUANT to and in accordance with the order entered by Judge William J. Martínez, it is

ORDERED that Defendant Jeremy Edward Wortman is sentenced to TIME SERVED.

Dated at Denver, Colorado, this 10th day of July 2015.

BY THE COURT:

Judge William J. Martínez
United States District Judge